**CAMPBELL & COOMBS, P.C.**
1811 South Alma School, Suite 225
Mesa, Arizona 85210
Telephone: (480) 839-4828
Facsimile: (480) 897-1461

Harold E. Campbell
State Bar No. 005160
John D. Yohe
State Bar No. 021636
Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 Proceeding |
| JOSHETTAE MOORE, | Case No. 2:11-bk- 21115-CGC |
| Debtor(s) | |
| JOSHETTAE MOORE, | **Adversary No.** 2:11-ap-01469-CGC |
| Plaintiff | |
| vs. | |
| UNITED STATES OF AMERICA (INTERNAL REVENUE SERVICE) | |
| Defendant | |

**COMPLAINT TO DETERMINE DISCHARGEABILITY OF TAX**

Plaintiff alleges for her Complaint as follows:

1. This Court has jurisdiction over this proceeding under 28 U.S.C. Section 157(b)(2)(I).

2. Plaintiff is the debtor in this Chapter 7 case. Defendant is a taxing authority and a creditor of Plaintiff.

3. This is an adversary proceeding to determine the dischargeability of a debt.

4. Plaintiff is indebted to Defendant in the approximate sum of $3,873.35 plus interest and penalties for income tax for the years of 2004 and 2006.

5. This tax was a tax for which a return was required, which return was filed two (2) years prior to the filing of this proceeding. Further, the tax is for a taxable year more than three (3) years prior to commencement of this case, and was assessed more than 270 days prior to the commencement of this case.

6. This tax is dischargeable under 11 U.S.C. 523(a)(1).

WHEREFORE, Plaintiff prays that the Court determine that the taxes due Defendant for the tax years of 2004 and 2006, plus interest and penalties are dischargeable and the Plaintiff have such other and further relief as is just.

DATED this 12th day of August, 2011.

CAMPBELL & COOMBS P.C.

By /s/ John D. Yohe
John D. Yohe
Attorney for Debtor/Plaintiff