**CAMPBELL & COOMBS, P.C.**
1811 South Alma School, Suite 225
Mesa, Arizona 85210
Telephone: (480) 839-4828
Facsimile: (480) 897-1461

Harold E. Campbell
State Bar No. 005160
John D. Yohe
State Bar No. 021636
Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 Proceeding |
| JOSHETTAE MOORE, | Case No. 2:11-bk- 21115-CGC |
| Debtor(s) | |
| JOSHETTAE MOORE, | **Adversary No.** 2:11-ap-01469-CGC |
| Plaintiff | |
| vs. | |
| UNITED STATES OF AMERICA (INTERNAL REVENUE SERVICE) | |
| Defendant | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEBTOR'S COMPLAINT
TO DETERMINE DISCHARGABILITY OF TAX**

Debtor hereby voluntary dismiss this proceeding. The proceeding is no longer needed on the basis that the issues has been resolved between the parties. No answer or other responsive pleading has been filed in this case. Counsel requests that this adversary proceeding be closed without prejudice.

DATED: May 2, 2012

                                            CAMPBELL & COOMBS, P.C.

                                            By: /s/ John D. Yohe #021636
                                                John D. Yohe
                                                Attorney for Debtor

| | |
|---|---|
| 1 | ORIGINAL filed and COPY of the original mailed this 2nd |
| 2 | day of May, 2012, to: |
| 3 | Civil Process Clerk<br>United States Attorney, District of Arizona |
| 4 | 40 North Central Avenue<br>Phoenix, AZ 85004 |
| 5 | |
| 6 | Attorney General, Washington<br>1125 Washington Street SE |
| 7 | P.O. Box 40100<br>Olympia, WA 98504-0100 |
| 8 | Attorney General of the United States<br>Department of Justice, Room B-103 |
| 9 | 950 Pennsylvania Avenue Northwest<br>Washington, DC 20530-0001 |
| 10 | |
| 11 | Internal Revenue Service<br>4041 N. Central Ave. |
| 12 | Mail Stop 5014<br>Phoenix, AZ 85012 |
| 13 | OFFICE OF CHIEF COUNSEL<br>INTERNAL REVENUE SERVICE |
| 14 | 4041 N CENTRAL AVE #112<br>M/S 2200PX |
| 15 | PHOENIX, AZ 85012 |
| 16 | |
| 17 | Internal Revenue Service<br>P.O. Box 7346 |
| 18 | Philadelphia, PA 19101-7346 |
| 19 | Internal Revenue Service<br>P.O. Box 21126 |
| 20 | Philadelphia, PA 19114-0326 |
| 21 | BRIAN J. MULLEN<br>PO BOX 32247 |
| 22 | PHOENIX, AZ 85064 |
| 23 | United States Trustee<br>230 North First Avenue, Suite 204 |
| 24 | Phoenix, AZ 85003-1706 |
| 25 | |
| 26 | By: /s/ John D. Yohe |
| 27 | |
| 28 | |